AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EARINGTON LAMUEL MUMPHREY II, a/k/a "EJ" | ) | Case No. |
| | ) | 6:21-MJ- 184 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 16, 2021 _____ in the county of _____ Panola _____ in the _____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. 924(c) | Possession of a firearm during and in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Craig Redden, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/18/2021 _____

_____
*Judge's signature*

City and state: _____ Tyler, Texas _____

Hon. K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*