IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:21-MJ-00184-KNM § |
| v. | § § § |
| EARINGTON LAMUEL MUMPHREY II | § § |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, Earington Lamuel Mumphrey II, is held over for grand jury consideration.

ORDERED and SIGNED this 20th day of August, 2021.

*K. Nicole Mitchell*
K. Nicole Mitchell, U.S. Magistrate Judge